IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES MARSALA,**

**Plaintiff,**

v.

**OLIN CORPORATION,**

**Defendant.**                                                    **No. 09-290-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Olin Corporation's, with the agreement of Plaintiff James Marsala, Consent Motion to Extend Rule 26(a)(3) Disclosure Deadline (Doc. 26). Specifically, Defendant requests that the deadline for filing Rule 26(a)(3) disclosures be extended until January 5, 2011. Based on the reasons set forth in the motion, the Court **GRANTS** Defendant's Consent Motion to Extend Rule 26(a)(3) Disclosure Deadline (Doc. 26). The parties will have up to and including **January 5, 2011** in which to make Rule 26(a)(3) pretrial disclosures.

**IT IS SO ORDERED**.

Signed this 18th day of November, 2010.

David R. Herndon
2010.11.18 15:25:59
-06'00'

**Chief Judge**
**United States District Court**