# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES MARSALA,**

**Plaintiff,**

**v.**

**OLIN CORPORATION,**

**Defendant.**  **No. 09-290-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is the Stipulation for Dismissal (Doc. 34) filed by both parties' counsel. On January 19, 2011, the Court was advised by the parties that a settlement had been reached but that additional time was needed to consummate settlement. Accordingly, that day the Court entered an Order directing the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of that Order, or if the parties failed to consummate settlement within 60 days, the parties could petition the Court to delay entry of judgment until a later date. (Doc. 32). Having reviewed the Stipulation of Dismissal (Doc. 34), it is

presumed settlement has been consummated. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, each party to bear its own costs. The Clerk is to enter judgment accordingly.

    **IT IS SO ORDERED**.

    Signed this 28th day of February, 2011.

David R. Herndon
2011.02.28 11:22:26
-06'00'

**Chief Judge**
**United States District Court**