IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES MARSALA,**

**Plaintiff,**

**v.**

**OLIN CORPORATION,**

**Defendant.**   No. 09-CV-290-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 28, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,
CLERK OF COURT**

BY:    /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: February 28, 2011

David R. Herndon
2011.02.28
11:49:11 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT